LODGED
RECEIVED                    COPY

MAY    6  2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1   Deyoe Harris
    General Delivery
2   Tucson, Arizona 85726
    deyoeharris@yahoo.com
3

4                       UNITED STATES FEDERAL COURT

5                          DISTRICT OF ARIZONA

6   PLAINTIFF'S NAME,

7           Deyoe Harris,

8   vs.                                    COMPLAINT   CV-19-255-TUC-CKJ

9   DEFENDANT'S NAME,

10          Exxon Mobile

11          Good Day,

12          From July to October 2016 I faxed Exxon Mobile the attached proposal to move from crude oil to

13   biofuel through both plastic and algae and they ignored me.

14          So when they aired that they plan to sell biofuel form algae during the NBA Finals last Spring I

15   felt that they stole my idea that I have also lobbied Congress about because it would lower the world's temperature

16   the heat of the plastic in the center of the seas as well as close the hole in the ozone.

17          So they owe me a portion of the profits etc.

18          I feel that because of the size of both Exxon Mobile and the money they owe me that this Court

19   has jurisdiction and I standing,

20          Please after this Court has accepted my in formas papaus status that assign me counsel to both

21   sopena the fax records as well as inform Exxon Mobile that they are being sued.

22          Also please enroll deyoeharris@yahoo.com in the electronic filing for this case.

23          Thank you.

24          Dated this 6 of May, 2019.

25

26

27                                          Deyoe R. Harris, pro se

28

COMPLAINT - 1

**The Problem**

Since the mid 18 hundereds or the industrial revolution no voice has been able to stifle the economic interests of polluters because of the disperse nature of the common pool resources and the intergenerational nature of the actors behind pollution. Essentially no one group is more effected than another so no one lobbies on behalf of all those effected by a atmosphere to high in concentrations of CO2, which is everybody.

**The Solution**

We have learned that what plants crave is CO2 and what plants create is Oxygen. The plant that could be grown most quickly and on a large enough scale to truly change the levels of CO2 in the atmosphere and generate large enough quantities of oxygen to create O3 (Ozone) is Algae.

**Ins and Outs**

To do this first the Ocean that will grow the algae forest must me surveyed for its composition. From this point we must create a solute that contains Algae spores as well as the nutrients that the surveyed area of Ocean requires to best grow the algae.

*British Petroleum as well as a company in New Orleans, L.A, buys algae to synthesize it to create bio-fules so this project could potentially turn a profit though more research is needed.

**Conclusions**

With a large enough increase in Oxygen and the uptake of CO2 with plants the Ozone ought to be able to repair itself because of the extra amount of O atoms in the atmosphere.

A scientist ought to be consulted about the amounts to give a more accurate proposal though the mechanics of the plan are identical to the natural processes of the Earth and thus will work.

As the International Panel on Climate Change reports the reduction of pollutants is necessary if any plan like the one outlined above is to prevent the temperature of the Earth from raising five degrees which will lead to the planet being uninhabitable.

Thank you for your time and considerations,

Deyoe Royal Harris